

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | THOMAS LINDEMAN<br>Tel.: (212) 356-0418<br>tlindema@law.nyc.gov |
|---|---|---|

**VIA ECF**
Hon. Jennifer Willis
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *J.G. v. N.Y.C. Dep't of Educ. et al,* 23-cv-959(PAE))(JW)

Dear Magistrate Judge Willis:

  I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks soley attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

  I write to respectfully request that the initial pretrial conference scheduled for July 18, 2023 and the parties' proposed case management plan be adjourned *sine die*. Plaintiffs consent to this request. This is a fee only dispute. No discovery will be necessary. The parties have engaged in negotiations but have been unable to come to an agreement. Thus, this matter will need to be resolved by the Court.

  the Parties respectfully propose the following briefing schedule for Plaintiffs' fee motion:

- Plaintiffs' motion due August 21, 2023
- Defendant's opposition due September 25, 2023
- Plaintiffs' reply, if any, due October 9, 2023.

  Thank you for considering this request.

Respectfully submitted,
  /s/
Thomas Lindeman
Special Assistant Corporation Counsel

---

GRANTED. The conference is adjourned and the proposed briefing schedule is accepted.

SO ORDERED.

*/s/ Jennifer E. Willis*

Jennifer E. Willis
United States Magistrate Judge

July 12, 2023