UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J.G., individually and on behalf of G.G.,
A child with a disability,

                       *Plaintiff,*

  --against—

NEW YORK CITY DEPARTMENT OF EDUCATION,

                       *Defendant.*

-----------------------------------------------------------------X

NOTICE OF MOTION

Case No. 23-cv-0959(PAE)(JW)

      PLEASE TAKE NOTICE that, consistent with the parties' schedule order on July 12, 2023, by Magistrate Judge Jennifer E. Willis, in this matter (Docket 13), upon the evidence, facts, points, and authorities set forth in the accompanying Memorandum of Law, and Declarations of Andrew K. Cuddy, Michael J. Cuddy, Benjamin Kopp, Erin Murray, and Francesca Antorino, and the exhibits thereto, and the Affirmations of Barbara J. Ebenstein and Matthew J. Delforte, the Plaintiff J.G. shall move this Court on a date and time set by the Court, before the Honorable Paul A. Engelmayer, United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an order granting fees, costs, and interest to Plaintiff on the claims against Defendant New York City Department of Education. Oral argument is not requested.

Dated:  August 21, 2023
         Auburn, NY

                                              Respectfully,

                                              s/ Francesca Teresa Antorino
                                              CUDDY LAW FIRM, PLLC
                                              *Attorneys for Plaintiff*
                                              5693 South Street Road
                                              Auburn, NY 13021
                                              Tel.: (914)517-9553
                                              fantorino@cuddylawfirm.com