**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
J.G., individually and on behalf of, G.G.,

                        Plaintiff,                    23 **CIVIL** 959 (PAE)

      -against-                      **JUDGMENT**
                                                   **For Attorney's Fees and Costs**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 21, 2024, and the Court's Opinion & Order dated February 22, 2024, the Court has granted J.G.'s motion for an award of fees and costs, but in an amount below that sought. J.G. is awarded $52,386.01 in fees and $664.12 in costs, for a total of $53,050.13, plus post-judgment interest at the applicable statutory rate.

**Dated:**  New York, New York
           March 22, 2024

                                                       **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                  **BY:**    *K. Mango*

                                                        **Deputy Clerk**